UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR18-00774 JAK-3 | Date | October 14, 2021 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | N/A |

| T. Jackson | Lisa Gonzalez | Shawn Andrews |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) Alejandro Sandoval | X | X | | Gregory Nicolaysen | | | X |

| Proceedings: | **MOTION BY DEFENDANT FOR SUPPRESSION OF EVIDENCE SEIZED ON MARCH 10, 2016 (1) DURING TRAFFIC STOP, AND (2) SUBSEQUENT SEARCH OF APARTMENT (DKT. 559)** |
|---|---|

The motion hearing is held. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued unless it is determined that a further hearing and/or an evidentiary hearing is necessary.

**IT IS SO ORDERED.**

|  | : | 54 |
|---|---|---|
| Initials of Deputy Clerk | TJ | |

cc: United States Probation & Pretrial Services