TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN T. ANDREWS (Cal. Bar No. 319565)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6104
    Facsimile: (213) 894-3713
    E-mail:   shawn.andrews@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>ALEJANDRO SANDOVAL,<br> aka "Squeaky,"<br><br>       Defendant. | No. CR 18-774(A)-JAK-3<br><br><u>GOVERNMENT'S EXHIBIT LIST</u><br><br>Trial Date: June 7, 2022 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Shawn T. Andrews,

//

//

1

hereby submits its tentative Exhibit List in the above-captioned case.

Dated: May 16, 2022                     Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                            /s/
                                        SHAWN T. ANDREWS
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

UNITED STATES v. ALEJANDRO SANDOVAL

CR NO. 2:18-CR-774(A)-JAK-3

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP. TO AUTHEN. | STIP. TO ADMISS. | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1 | Map of Area Surrounding 219th Street in Torrance | | | | |
| 2 | Photograph of Carmen Merejil from February 11, 2016 | | | | |
| 3 | Photograph of defendant from February 11, 2016 | | | | |
| 4 | Photograph of Chevrolet Cruze from February 11, 2016 (the "Cruze") | | | | |
| 5 | Department of Motor Vehicles registration information for the Cruze | | | | |
| 6 | Map of Torrance including 219th Street and intersection of Western and Sepulveda | | | | |
| 7 | DEA Exhibit 15 (bag of methamphetamine seized from defendant in Walgreen's parking lot) | | | | |
| 8 | Photograph of defendant's money belt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Photograph of money seized from defendant on March 10, 2016 | | | | |
| 10 | DEA Exhibit 16 (bag of methamphetamine seized from defendant at Torrance Police Department station) | | | | |
| 11 | Photograph of manila envelope seized from the Cruze | | | | |
| 12 | Photograph of receipt inside manila envelope seized from the Cruze | | | | |
| 13 | Photograph of envelope postmarked February 19, 2016, seized from the Cruze | | | | |
| 14 | Photograph of letter inside envelope postmarked February 19, 2016 | | | | |
| 15 | Photograph of envelope postmarked March 4, 2016, seized from the Cruze | | | | |
| 16 | Photograph of the letter inside envelope postmarked March 4, 2016 | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 17 | Los Angeles County Sheriff's Department ("LASD") call log for jail calls contained in discovery item FBI 1D4 | | | | |
| 18 | LASD call log for jail calls contained in discovery item FBI 1D5 | | | | |
| 19 | LASD call log for jail calls contained in discovery item FBI 1D6 | | | | |
| 20 | LASD call log for jail calls contained in discovery item FBI 1D7 | | | | |
| 21 | Diagram of layout of bedroom at 1321 ½ W. 219th Street in Torrance ("219th Street") | | | | |
| 22 | Photograph of closet in bedroom at 219th Street | | | | |
| 23 | Photograph of shelf in closet in bedroom at 219th Street | | | | |
| 24 | Photograph of inside of container on shelf in closet in bedroom at 219th Street | | | | |

|     |                                                                                                                  |     |     |     |     |
| --- | ---------------------------------------------------------------------------------------------------------------- | --- | --- | --- | --- |
| 25  | Photograph of front of "Alex" note from container on shelf in closet in bedroom at 219th Street                  |     |     |     |     |
| 26  | Photograph of rear of "Alex" note from container on shelf in closet in bedroom at 219th Street                   |     |     |     |     |
| 27  | Photograph of four small bags found inside container on shelf in closet in bedroom at 219th Street               |     |     |     |     |
| 28  | DEA Exhibit 3 (plastic tub containing methamphetamine found inside container on shelf in closet in bedroom at 219th Street) |     |     |     |     |
| 29  | DEA Exhibit 4 (bag of cocaine found inside container on shelf inside container on shelf in closet in bedroom at 219th Street) |     |     |     |     |

| | | | | | |
|---|---|---|---|---|---|
| 30 | DEA Exhibit 5 (bags of methamphetamine found inside container on shelf inside container on shelf in closet in bedroom at 219th Street) | | | | |
| 31 | DEA Exhibit 6 (bags of methamphetamine found on shelf in closet in bedroom at 219th Street) | | | | |
| 32 | DEA Exhibit 7 (tubs of methamphetamine found on shelf in closet in bedroom at 219th Street) | | | | |
| 33 | Photograph of bindles of methamphetamine inside backpack | | | | |
| 34 | Photograph of bindles of methamphetamine on a table | | | | |
| 35 | DEA Exhibit 8 (bags of methamphetamine from backpack, green wrapping material) | | | | |
| 36 | Photograph of top northside drawer of dresser in bedroom at 219th Street | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 37 | Photograph of bags seized from inside top northside drawer of dresser in bedroom at 219th Street | | | | |
| 38 | Photograph of plastic box seized from inside top northside drawer of dresser in bedroom at 219th Street | | | | |
| 39 | DEA Exhibit 9 (bags seized from inside top northside drawer of dresser in bedroom at 219th Street) | | | | |
| 40 | DEA Exhibit 10 (yellow plastic box seized from inside top northside drawer of dresser in bedroom at 219th Street) | | | | |
| 41 | Photograph of inside of northside bottom drawer of dresser in bedroom at 219th Street | | | | |
| 42 | Photograph of mail addressed to Raul Molina | | | | |
| 43 | Photograph of inside top southside drawer of dresser in bedroom at 219th Street | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 44 | Photograph of page inside green notebook found in top southside drawer of dresser in bedroom at 219th Street | | | | |
| 45 | Photograph of digital scales seized from dresser in bedroom at 219th Street | | | | |
| 46 | Photograph of northside nightstand in bedroom at 219th Street | | | | |
| 47 | Photograph of police scanner seized from northside nightstand in bedroom at 219th Street | | | | |
| 48 | Photograph of drawer inside northside nightstand in bedroom at 219th Street | | | | |
| 49 | Photograph of condom seized from drawer inside northside nightstand in bedroom at 219th Street | | | | |
| 50 | DEA Exhibit 12 (methamphetamine from condom seized from drawer inside northside nightstand in bedroom at 219th Street) | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 51 | Photograph of clipboard seized from drawer inside northside nightstand in bedroom at 219th Street | | | | |
| 52 | Photograph of paperwork from drawer inside northside nightstand in bedroom at 219th Street | | | | |
| 53 | Photograph of southside nightstand in bedroom at 219th Street | | | | |
| 54 | Copy of page from notebook found on southside nightstand in bedroom at 219th Street | | | | |
| 55 | Copies of envelopes found in closet of bedroom at 219th Street | | | | |
| 56 | Photograph of MDMA pills found on poker table at 219th Street | | | | |
| 57 | DEA Exhibit 14 (MDMA pills found on poker table at 219th Street) | | | | |
| 58 | Audio recording from interview with defendant on March 13, 2016 (7:22-15:46) | | | | |
| 59 | Audio recording from interview with defendant on March 13, 2016 (18:34-20:59) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 60 | Audio recording from interview with defendant on March 13, 2016 (33:41-35:46) | | | | |
| 61 | Audio recording from interview with defendant on March 13, 2016 (42:22-44:20) | | | | |
| 62 | Audio recording from interview with defendant on March 13, 2016 (1:07:49-1:09:07) | | | | |
| 63 | Audio recording from interview with defendant on March 13, 2016 (1:18:48-1:19:32) | | | | |
| 64 | Audio recording from interview with defendant on March 13, 2016 (1:21:27-1:22:23) | | | | |
| 65 | Audio recording from jail call contained in discovery item FBI 1D4 (Call 87, 9:50-END) | | | | |
| 66 | Audio recording from jail call contained in discovery item FBI 1D5 (Call 13, :50-1:36)) | | | | |
| 67 | Audio recording from jail call contained in discovery item FBI 1D5 (Call 13, 9:56-END) | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 68 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 9, 8:29-8:47) | | | | |
| 69 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 13, :50-1:55) | | | | |
| 70 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 18, 9:30-10:54) | | | | |
| 71 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 22, 6:29-7:04) | | | | |
| 72 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 26, 9:46-10:50) | | | | |
| 73 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 26, 19:46-21:41) | | | | |
| 74 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 26, 22:19-22:47) | | | | |
| 75 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 26, 30:52-31:48) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 76 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 28, 2:15-3:03) | | | | |
| 77 | Audio recording from jail call contained in discovery item FBI 1D6 (Call 28, 3:42-4:09) | | | | |
| 78 | Audio recording from jail call contained in discovery item FBI 1D7 (Call 76, 3:30-4:15) | | | | |
| 79 | Audio recording from jail call contained in discovery item 1D7 (Call 76, 4:30-END) | | | | |
| 80 | DEA chemical analysis report for DEA Exhibit 3 | | | | |
| 81 | DEA chemical analysis report for DEA Exhibit 4 | | | | |
| 82 | DEA chemical analysis report for DEA Exhibit 5 | | | | |
| 83 | DEA chemical analysis report for DEA Exhibit 6 | | | | |
| 84 | DEA chemical analysis report for DEA Exhibit 7 | | | | |
| 85 | DEA chemical analysis report for DEA Exhibit 8 | | | | |
| 86 | DEA chemical analysis report for DEA Exhibit 9 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 87 | DEA chemical analysis report for DEA Exhibit 10 | | | | |
| 88 | DEA chemical analysis report for DEA Exhibit 12 | | | | |
| 89 | DEA chemical analysis report for DEA Exhibit 14 | | | | |
| 90 | DEA chemical analysis report for DEA Exhibit 15 | | | | |
| 91 | DEA chemical analysis report for DEA Exhibit 16 | | | | |
| 92 | Photograph of DEA Exhibit 8.1 with identified fingerprints | | | | |
| 93 | Photograph of DEA Exhibit 8.2 with identified fingerprint | | | | |
| 94 | Defendant's ten print fingerprint card from DEA fingerprint examiner's file | | | | |
| 95 | Defendant's ten print fingerprint card obtained on February 9, 2022 | | | | |
| 96 | Abstract of judgment from California Superior Court, County of Los Angeles case number TA058868 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 97 | Abstract of judgment from California Superior Court, County of Los Angeles case number TA085347-01 | | | | |
| 98 | Spanish translations of calls in FBI discovery items 1D6 and 1D7 | | | | |