TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN T. ANDREWS (Cal Bar No. 319565)
Assistant United States Attorney
Violent & Organized Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6104
    Facsimile: (213) 894-3713
    E-mail:   shawn.andrews@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-774(A)-JAK-3 |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE |
| v. | Trial Date: June 7, 2022<br>Time: 8:30 A.M. |
| ALEJANDRO SANDOVAL,<br> aka "Squeaky," | Location: Courtroom of the Hon. John A. Kronstadt |
| Defendant. | |

    Pursuant to Federal Rule of Criminal Procedure 24(a)(2)(B), plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Shawn T. Andrews,

//

//

respectfully requests that the Court ask prospective jurors the attached questions during voir dire, in addition to the Court's standard voir dire questions.

Dated: May 16, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

           /s/
SHAWN T. ANDREWS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**GOVERNMENT'S PROPOSED VOIR DIRE**

**I.    PRIOR EXPERIENCE WITH CRIMINAL CASES/LAW ENFORCEMENT**

1. Have you or anyone close to you ever been involved in a criminal case as a victim, a defendant, or a witness?
   a. What type of case was it?
   b. What was your relationship to that case?
   c. When did the case take place?
   d. Where did the case take place?
   e. Was anyone arrested?
   f. Which law enforcement agency was involved?
2. Have you or any close to you ever had a negative experience with the police, the FBI, or any member of law enforcement?
   a. Who had the experience?
   b. What was the experience?
   c. When was the experience?
   d. Which law enforcement agency was involved?
   e. Do you have any feelings or beliefs – either positive or negative – about law enforcement based on that experience?
   f. Do you have any feelings or beliefs – either positive or negative – about the criminal justice system based on that experience?
   g. Is there anything about your experience that would prevent you from being a fair and impartial juror?
3. Have you or anyone close to you ever filed a lawsuit or a complaint concerning the conduct of the police, the FBI, or a law enforcement officer?

4. Have you or anyone close to you ever been accused, arrested, indicted, charged, or convicted in a criminal case (this excludes infractions such as traffic offenses)?

    a. What type of case was it?

    b. When was the case?

    c. What was the accusation/charge?

    d. What was the outcome?

5. Do you have any personal feelings or beliefs about the police, the FBI, or law enforcement officers that would prevent you from making a fair assessment about the testimony of the law enforcement officers who will testify in this case?

6. Do you have any personal feelings or beliefs about the criminal justice system that would prevent you from reaching a fair and impartial verdict in this case?

## II. **GENERAL ABIILTY TO SERVE AS A JUROR ON THIS CASE**

7. If you are selected as a juror and hear this case, you will be required to deliberate with other jurors. This will require you to discuss the evidence and the law in this case with your other jurors. Is there anything in your experience that leads you to believe that you would be unable or unwilling to engage in such discussions?

8. The potential punishment for the offenses charged in the indictment is a matter that can never be considered by a jury in arriving at an impartial verdict as to the guilt or innocence of an accused. Will each of you be able to conduct your duties as jurors in this case without speculating about or being influenced in any way by whatever punishment may or may not be imposed in this case?

9.     Some people who, for moral, ethical, or religious reasons, may find it difficult or uncomfortable to pass judgment on the conduct of others.  Is there anyone who holds such beliefs, or who might be affected by such beliefs?

10.    Is there anything about the charges in this case that makes you think you could not be a fair and impartial juror in this case?