STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN T. ANDREWS (Cal. Bar No. 319565)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6104
     Facsimile: (213) 894-3713
     E-mail:    shawn.andrews@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-774(A)-JAK-3 |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED EXHIBIT LIST FOR DAUBERT HEARING |
| v. | Trial Date: September 15, 2022 |
| ALEJANDRO SANDOVAL, aka "Squeaky," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Shawn T.

//

//

//

1

Andrews, hereby submits its Amended Exhibit List for the Daubert Hearing scheduled to take place on September 15, 2022, in the above-captioned case.

Dated: September 14, 2022        Respectfully submitted,

                                      STEPHANIE S. CHRISTENSEN
                                      Acting United States Attorney

                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                         /s/
                                      _____
                                      SHAWN T. ANDREWS
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

<u>**UNITED STATES v. ALEJANDRO SANDOVAL**</u>

**CR NO. 2:18-CR-774(A)-JAK-3**

**GOVERNMENT'S AMENDED EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Pure Gold Forensics ("PGF") STRmix Interpretation Procedures | | |
| 2 | PGF STRmix Results for Items 2 and 3 | | |
| 3 | Analytical Bench Notes for PGF Items 2 and 3 | | |
| 4 | Organic Extraction Summary Sheet for PGF Items 2 and 3 | | |
| 5 | PGF Globalfiler Interpretation Procedures | | |
| 6 | Thermofisher Scientific Blog | | |
| 7 | PGF Item 2 Electropherogram | | |
| 8 | PGF Item 3 Electropherogram | | |
| 9 | Suzanna Ryan CV | | |
| 10 | <u>Bright, et al.</u> Paper (ECF 691-4) | | |
| 11 | SWGDAM Recommendations on Reporting Likelihood Ratios | | |
| 12 | Nicolaysen Letter | | |
| 13 | Buckleton Email | | |
| 14 | Four Contributor STRmix results for PGF Item 4E/4F | | |
| 15 | Five Contributor STRmix results for PGF Item 4E/4F | | |
| 16 | Institute of Environmental Science and Research HPD and DBLR Report for PGF Item 3 | | |